IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR30 |
| v. | |
| KEVIN MITCHELL, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 59), judgment is entered in favor of the United States of America and against Kevin Mitchell.

Dated this 18th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge